UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:22 CR 297 SRC (SPM) |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY BOYD, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Defendant herein and informs this Honorable Court that he hereby waives the filing of all pretrial motions in the above-captioned case. Defendant's waiver is made knowingly, voluntarily and with a complete understanding of the consequences of said waiver.  Defendant believes that there are no issues that need to be raised by way of pretrial motions. Defendant has personally discussed this matter with his counsel and agrees not to raise any pretrial motions.

Respectfully submitted,

 /S/Lenny Kagan
Lenny Kagan, #52284MO
7911 Forsyth Blvd., #300
Clayton, Missouri 63105
(314) 913-9990
(314) 863-5335 FAX

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing was filed this 19th day of July 2022, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all interested parties.

      /S/Lenny Kagan
      Lenny Kagan, #52284MO