7166 Pershing Avenue
St. Louis MO 63130
cwhoagland@yahoo.com
314-560-5767
September 2, 2022

The Honorable Stephen R. Clark
Courtroom 14 North
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis MO 63102

Dear Judge Clark,

I am sending this letter in support of Jeffrey Boyd, a defendant in your courtroom. I respect Jeffrey; in my experience with him I have known him to be a person of excellent character. I want to support him in the aftermath of his admitting he made bad decisions and broke federal law. I believe that Jeffrey has already learned from this serious error and will continue to use this experience to improve his life and that of his family.

As executive director of the Regional Consortium for Education and Technology (RCET), I hired Jeffrey Boyd in 1992 to work in a marketing position. He was fresh out of the military. In his position at RCET he worked with technology coordinators and business managers at the St. Louis regional school districts. He was an outstanding representative for our organization.

I found Jeffrey to always be honest and straightforward in his dealings with school personnel, his fellow staff members and me. Not only was he an excellent employee, but his engaging personality and straightforward approach in his relationships enhanced RECT's good reputation.

After Jeffrey left RCET I kept in touch with him, following his family and his career in politics. While I am horrified and disappointed that he broke federal law I believe that the Jeffrey Boyd I know will turn the experience he is having in the federal criminal justice system into improving life for him and his family and the larger community he served for more than 20 years as alderman.

Regards,

Carl Hoagland
Retired, E. Desmond Lee Professor of Education and Technology
     University of Missouri – St. Louis
Former Director, Regional Consortium for Education and Technology

Dr. Carl Hoagland
7166 Pershing Avenue
St. Louis MO 63130



SAINT LOUIS MO 630
2 SEP 2022 PM 2 L

RECEIVED
SEP 07 2022
BY MAIL

The Honorable Stephen R. Clark
Courtroom 14 North
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis MO 63102
63102-112748