

2531 Albemarle Circle

St Louis, MO 63125

June 6, 2022


To Whom it May Concern,


I have known Jeffrey Boyd for several years. Over the years he has become a friend and an essential supporter of the anti-human trafficking work that I do in ward 22. I know Jeffrey to be dependable, responsible, honest, caring, and passionate about family, friends, and the individuals in the community around him.


During the time I have known Jeffrey he has encouraged the anti-human trafficking work that I do. He has done his very best to provide me with the resources and opportunities I need to grow the work and move forward in assisting the women who are being victimized by sex trafficking and commercial sexual exploitation in his community. He does so with great compassion for the individuals we assist and has even shared with me his own efforts in trying to help the women victimized in his community.


Jeffrey genuinely cares about the people around him and it shows in our conversations, his tireless efforts, and the support that he gives myself and my non-profit organization. He is a hard worker with a good heart who is intentional in enacting impactful change in his community..


Sincerely,

Sara White

Sara White

Executive Director

Fresh Beginnings Safe House

314-330-7129

Sara.white@freshbeginningssafehouse.org

June 16, 2022

Letter of Reference for Jeffrey Boyd

I am a registered voter and I live in the 22nd Ward. Jeffrey Boyd has been my elected alderman since inception. I know him and his family to the fourth generation.

He always asked us in the Ward what we wanted. He always put our needs first. Our Ward is a better, safer and stronger community because of him and the numerous accomplishments made under his leadership. He is of outstanding character. He is disciplined, hard working and responsible. He is well spoken on the Wards behalf and precise. He is loyal to the people he serves, those of us in Ward 22. My best wishes and Prayers go with him. Thank you.

Shirley A. White - 4027 Darby St. - 63120
314-382-9102 or 314-359-0154



June 17, 2022

To Whom It May Concern:

I am writing this character letter on behalf of Mr. Jeffrey Boyd. I have had knowledge of Mr. Boyd for many years through his service in the community. Many years ago Mr. Boyd was a guest panelist for our Career Day Program. I had the honor and opportunity to get to know him better when he became a member of my congregation in 2017.

Mr. Boyd came into the church willing and ready to work. He worked with the men in the men ministry. Also, Mr. Boyd became one of the announcing clerks for Sunday services. He was always willing to help wherever he was needed.

Mr. Boyd has his own business in the community. He has been revitalizing the community. That is, trying to bring life back to the area. Mr. Boyd uses his own resources to bring various activities for the people in the community.

I have always seen Bro. Boyd as a loving husband, father, grandfather and a devoted family man. I have observed Mr. Boyd as being intelligent, moral, kind and an upstanding person. I believe Mr. Boyd has the best interest and well being of the people he serves.

Sincerely,

*Cynthia Rogers*

Cynthia A Rogers, Pastor


Christ Deliverance Ministry
725 Goodfellow Blvd.
St. Louis, MO 63112
314-361-0065 (office)
314-867-2123 (fax)
www.christdeliveranceministry.org

June 18, 2022


To Whom It May Concern:


This is being written on behalf of Jeffrey L. Boyd. I have known Mr. Boyd well over 40 years. I have knowledge of him as both an alderman and a neighbor.

In his capacity as alderman Mr. Boyd worked diligently to improve the quality of life for the residents of the city's 22nd Ward. Mr. Boyd brought improved street lighting, sidewalk repair and replacement, demolition of abandoned buildings, new housing and worked with law enforcement to improve public safety. Mr. Boyd held monthly Ward meetings to keep residents informed of available resources and services offered by the city and state governments. Mr. Boyd also sponsored an annual BBQ and Christmas Party for Ward residents. Mr. Boyd responded to residents' concerns via email, phone, text and even receiving them in person at his residence.

As a neighbor Mr. Boyd demonstrates by his actions what is required to be a good steward of property and home ownership. Mr. Boyd meticulously cares for his lawn and addresses home repair and maintenance setting the example for the neighbors. Mr. Boyd often assists elderly neighbors with errands, shopping, medical appointments, recycling trips and seeking senior services.

It is my sincere hope that the court will consider the many good things Mr. Boyd has done for the community as both an alderman and as a neighbor. Please contact me if you have any questions about this submission. Thank you for your consideration.

Respectfully submitted,

Perez Eric M. Maxwell (he, him, his)

1458 Rowan Ave

St. Louis, MO 63112-3757

314-210-4945

Perez_Maxwell@hotmail.com

Joseph D. Roddy
4366 Laclede Avenue
St. Louis, MO 63108
Phone 314-880-7560
Email: jroddystl@gmail.com

6/19/2022

To Whom It May Concern:

RE: Character Reference for Jeffrey Boyd

Your Honor:

My name is Joe Roddy, and I am writing with regard to Jeffrey Boyd. I am aware of the charges that have recently been filed against him and wish to present this character letter for your consideration.

I was Alderman of the 17th ward and served with Jeffrey on the St. Louis Board of Aldermen until 2021. I have known him since he was initially elected to serve on the Board in 2003. For many years now, I have considered him a friend.

I believe he was attracted to elective office because of his desire to serve his community after having served his country in the military for 23 years and retiring as a Master Sergeant. While on the Board of Aldermen, I found him to be an enthusiastic proponent of the 22nd ward and was a reasoned voice when approaching the many complex challenges facing St. Louis. Over time he became viewed as a leader because of his work, experience, and knowledge. He would in time become Chairman of the Black Caucus and Vice President of the Board of Aldermen. Much of the legislation that I sponsored was aided by his support, as was most significant legislation passed during his tenure.

In that time, his service to his community didn't stop at city hall. It wasn't unusual to receive a request for help or a contribution for something he was working on for his neighborhoods--it might be a Christmas Dinner he would host for the needy or a fundraiser for one of the community groups serving his neighborhoods. I often contributed and would again if he asked.

Outside of political world, Jeffrey is also a proud husband who has been married to his wife, Patrice, for 31 years. Together they have raised three children: Jeffrey Jr, Brittany, and Kayla.

I believe regardless of how his current case is resolved, Jeffrey will find a way to serve his community and his family.

Sincerely,

Joseph D. Roddy

Letter

From: Marcus Woods (marcuswoods43@gmail.com)

To:   jlboyd64@sbcglobal.net

Date: Monday, June 20, 2022, 03:54 PM CDT

To whom it may concern,

When I was 14, my grandmother got me involved in the Big Brother and Big Sister program after my father died. Jeffrey Boyd was assigned to be my big brother in the program. During the years Jeffrey Boyd mentored me and showed me what being a leader consists of. Anytime I would need advise I would ask Mr. Boyd would always be there to assist to assist. Mr. Boyd has been a father figure to me throughout the years and til this day we are still in contact. Mr. Boyd is a smart and courageous individual and has a passion of serving the city of St. Louis.

Marcus Woods

Sent from my iPhone

June 20, 2022

Patrick R. Brown
1214 S. Boyle
STL, MO 63110
314-791-0164
Browne.pr@gmail.com

To whom it may concern –

Thank you for taking a moment to consider this note. My name is Patrick R. Brown, and I am writing you today on behalf of Jeffrey Boyd. Over the past 13 years I have worked closely with Jeffrey and consider him to be both a close friend and colleague. I began my career in St. Louis politics and government in 2007 at a relatively young age, and with little experience.

I came to know Jeffrey as I was joining Mayor Francis G. Slay's third-term administration, in 2009. At that time Jeffrey was one of the few members of the Board of Aldermen who genuinely went out of his way to introduce himself to me as a junior staffer with little influence or City Hall experience. Often, Jeffrey would reach out to see how things were going, or to offer advice for me to consider as I began taking on more visible projects. While I may have been new to City Hall, I knew that Jeffrey had very little to gain by spending extra time with me as informal mentor, cheerleader, and eventual friend. He did these things for me because he cared, just as he cares deeply about the success of St. Louis.

In total I had the privilege of serving the Mayor's Office for ten years. Over that entire duration, and since leaving government, I have only known Jeffrey to be a fierce advocate for what he believed to be fair, morale, and in the interest of his constituencies. Prior to his career as an elected official, similarly Jeffrey dedicated his time and talents in service to his country as a distinguished veteran, as educator and advocate within his community, and as a follower of his faith.

I recognize that the violations of public trust for which Jeffrey has been accused are grave. However, I am hoping to offer a broader perspective of Jeffrey's innumerable positive impacts to our city and community. I ask that you please consider the full extent of Jeffrey Boyd's contributions to St. Louis throughout the adjudication of the on-going court proceedings.

I will make myself available should there be any additional questions, or if I can provide additional context or insights. Again, thank you for your time and consideration.

Kindly,

Patrick R. Brown

June 21, 2022

Lenny Kagan

Law Office of Lenny Kagan LLC

7911 Forsyth Blvd.

St. Louis, MO 63105

RE: Jeffrey Boyd

To Whom it May Concern:

My name is Rudolph "Rudy" Nickens. I am a longtime friend of Jeffrey Boyd, and I am pleased to offer this letter in support of his character. I have known the former Alderman for more than twenty-five years. I am resident of Saint Louis County, and I recently retired from the Missouri Department of Transportation, where I served as the statewide chief diversity and inclusion officer.

Jeffrey Boyd and I met while we were engaged with the St. Louis chapter of the National Conference for Community & Justice (NCCJ), in what was the region's premiere effort to dismantle systemic and institutional racism. I mention this program specifically as it required of the team members a great deal of openness, vulnerability and courage to teach and lead in a way that helped participants to learn, heal and grow.

Most of the people that attended the Dismantling Racism held influential roles throughout every sector of the community. In order to equip them with the tools and information they could use in their individual lives and spheres of influence, the institute faculty needed to be well informed, open minded and open hearted, and able to meet the people wherever they were and assist them in their journey to heal and lead.

Jeffrey was an exquisite member of the team. He first attended the Dismantling Racism Institute as a participant, and the team, quickly identified him as someone

who would be an asset to organization.  I witnessed his journey and his commitment to help others along the way. When he was invited to join the faculty, he did not hesitate.  Over the years I have come to know that Jeffrey is one who is always willing to help.  He embodies the spirit of "when asked, serve".

Jeffrey and I were classmates in Leadership St. Louis (FOCUS) class of 2001-2002. I enjoyed seeing him engage with a diverse group of leaders and I know that during that year he gained large support and encouragement to seek the Alderman seat. He was able to show up in a way that made me and others want him to win, knowing that his motivation was not self-serving.  He was and is grounded in the value of being of service to others.  That is his inherent nature – to be good, giving and generous.

I offer this letter of support because I know his character, and circumstance do not blur me from being able to hold that truth and see him clearly.  Thank you for taking the time to read this.

I hope you will keep this in consideration as Jeffrey faces the current situation.

If you desire more information, I may be reached my email at rudynickens@gmail.com or by telephone at (314) 401-4423.


Sincerely,

Rudy Nickens

Joseph Vollmer
5345 Wilson Ave
St. Louis, Mo. 63110

June 21, 2021

To whom it may concern,

I am writing in regard to Mr. Jeffrey Boyd. Mr. Boyd and myself have served the City of St. Louis,
MO. on the Board of Aldermen since 2003. I have known him to be of fine and responsible
character during this time, never witnessing the type of behavior outlined in the charging
documents. I know that he served his country honorably in the United States Army and showed
himself to be a dedicated husband and father and grandfather.

I am aware of the severity of the charges he is facing and hope that my writing provides insight
to the person with whom I interacted and shows a lapse in judgment in an otherwise fruitful life.

Mr. Boyd has always shown himself to be steadfast and resolute in all his dealings and I feel he
will face this in the same manner. I hope this letter regarding Jeffrey Boyd and his case will act
as a positive and contributing factor in the courts' decision.

Sincerely ,

Joseph Vollmer
Alderman 10th Ward St. Louis City
Owner Milo's Bocce Garden

21st June 2022

**Lenny Kagan**
Law Office of Lenny Kagan LLC
7911 Forsyth Blvd
Saint Louis, MO 63105

To whom it may concern:

Re: Mr. Jeffrey L Boyd Sr, Defendant

It is with great enthusiasm that I'm writing this letter on behalf of Mr Jeffrey L Boyd Sr, the defendant before you. I first met Mr Boyd when I interned for a newspaper that I inquired about an interview for a story I was reporting. From that interaction we began to have conversations about community and what the future leadership should look like. Upon further conversation I learned that my close friend was his son and we attend military high school together. This built a closer relationship that grew over the years that created a friendship. I've always known him to be a direct person and caring for other people as if they're family.

He is a well known person with a fine character, strong values, a responsible husband and father, and a reliable member of the community. As a result, the allegations are extremely unexpected and shocking. This situation has completely overwhelmed him and significantly harmed his capacity to deal with life. Jeffrey has always had a strong personality and a desire to leave the community better than before. Regardless of the difficulties he will face, I am confident that Jeffrey will return to being a stable, exceptional person of this community and continue to help those in need. Thus far, Mr. Boyd has demonstrated a persistent and determined attitude in overcoming this mistake productively and successfully. I believe this letter contains useful insights worthy of your consideration when deciding on Mr Boyd's case.

Sincerely,

Ciera Simril

Ciera Simril, MA

314-750-4447



**Joe Vaccaro**
ALDERMAN
23rd Ward

# BOARD OF ALDERMEN
## CITY OF SAINT LOUIS
### MISSOURI

<u>COMMITTEES</u>
Convention, Tourism, Arts & Humanities
Parks & Environmental Matters
Transportation & Commerce
Ways & Means
Legislation

June 21, 2022

To Whom It May Concern,

I am writing on behalf of my friend and colleague Jeffrey Boyd.  Jeffrey and I served together at the Board of Aldermen for thirteen years.  During that time, we worked closely together on various committees and I came to know Jeffrey well. Although we didn't always agree on legislative matters before us, we were always able to work together to find common ground and pass important bills that would better benefit all residents of the city, north and south.

We also share the experience of being a big brother for the Big Brothers Big Sisters of Eastern Missouri.  Years ago, we participated in an annual fundraiser for the organization and joined a bowling team to raise dollars with other members of the Board of Aldermen. Today, Jeffrey Boyd's little brother is a police officer due to Jeffrey's care and influence during his childhood.

Jeffrey Boyd has 20 years of military service to his country and I appreciate all the sacrifices he has made personally to protect this great nation.

Jeffrey is a wonderful friend, and a very proud husband, father, and grand-father.  He has made a positive difference in the lives of many, many people, not only in his role as alderman, but as a kind, caring human being.

Thank you for your time and attention to this letter.

Sincerely,

*Joe a Vaccaro*

Joseph Vaccaro

Alderman Ward 23

**Room 230, City Hall   •   1200 Market Street   •   St. Louis, MO 63103   •   (314) 622-3287**

From: Michael Jones

Date: 06/22/2022

To: The Honorable Judge

Your Honor,

I am writing this letter for my dear friend Jeffery Boyd, whom I have known for over 18 years in various capacities, including business, community, and personal. I want to bring to light the kind of person he is despite the recent allegations he faces.

I have known Mr. Boyd as a father, a husband, a brother, a gentleman, a community advocate, and most of all an effective mentor. He has proven to be of a fine and responsible character. The wisdom he has imparted to me over the years has been impeccable. He has always steered me in the right direction when I needed it, corrected me when I was wrong, and has encouraged me during my lowest times.

Mr. Boyd has always displayed a high degree of integrity, responsibility, and professionalism in everything he does. I am proud of his accomplishments and also proud to call him friend.

Sincerely,

Michael Jones

Jeffrey L. Boyd
5740 Martin Luther King Drive
St Louis, Missouri 63112

To Whom It May Concern,                                          6/22/2022

I confirm that I have known Alderman Jeffrey Boyd for more than 20 years. He was a close friend of my brother the Late Alderman Gregory Carter. They wear dear friends up until his passing in 2012.

Over the years I have known Jeffrey to be dependable, responsible, loyal, genuine, and hard working. He is a man of his word and works with an excellent rapport with the people of all ages. He is very well-liked in his community. He is a great family-oriented person. All of these characteristics show up when he is working on projects that support the city of St louis.

He retired after over 20 years in the army as a master sergeant. He showed his leadership skills in his community and for his family. He has fought for issue that would impact more than just a small section of the city. He worked to impact the world with the policy he has operated on.

Jeffrey has a kind heart, and he loves people. His family and the neighborhood look up to him for strength. He has pulled together the community through all kinds of diversities and is a needed figure for them. Giving back has been his passion since before he worked as executive director for two well known non-profit organizations. His legacy is stamped in the history of St Louis because of all of the great works his has accomplished.

As a Former Alderman of the 27th Ward and Former State Representative of the 76th District, Jeffrey and I have worked in many capacities, such as supporting some of the same nonprofit organizations, fighting for the same laws and services to build our communities for the best, providing resources to neighborhoods in need and working as civil servants to the citizens of Saint Louis City for many years. The partnership we have built in the communities we have serviced are strong and in need of warriors like Jeffrey Boyd.

Sincerely,

Mr. Chris Carter, Sr
Committee Man 27th Ward
Former State Representative District 76th

# B.C. Plumbers Company, LLC

June 23, 2022

Anthony Clark

Business Owner

5600 Natural Bridge

To: Lenny Kagan
Law Office of Lenny Kagan LLC

I, Anthony Clark am writing this letter as a character witness for Alderman Jeffrey Boyd, who I am proud to say is a friend and a mentor for over 15 years. I provide this letter with full knowledge of Alderman Boyd's charges.

I can say it with total confidence that few people have contributed to there community in the way that Alderman Boyd has. I came into association with Alderman Boyd as a plumber doing work at Barrett Brothers Park, that he personally oversaw. Ever since that day Alderman Boyd and I have built a relationship that resulted in me starting a couple businesses in his ward. Alderman Boyd showed support for his community in a way that I have never witnessed and I wanted to be apart of it. Alderman Boyd is the type of man who remembers everyones birthday and randomly texts "Carp Diem" for motivation.

I believe that there has been confusion regarding to the charges and I can vouch for the right character of Mr. Boyd.

Sincerely,



**5600 Natural Bridge rd, St. Louis, MO 63120 (314)261-4400**

Better call B.C.!

www.bcplumbersco.com

 **Educational Equity Consultants**

*Where Change Starts With One And Ends With All*

June 23, 2022

Law Office of Lenny Kagan, LLC

7911 Forsyth Blvd.

St. Louis, MO  63105

To Whom It May Concern,

   I have known Mr. Jeffrey Boyd as a good friend and a caring and compassionate St. Louis citizen for well over 25 years. I was both troubled and surprised to hear about the recent alleged allegations being leveraged against Mr. Boyd.  He is a solid example of impeccable leadership and well-spoken individual in the community. It is for this reason; I am happy to write a letter of character reference for Mr. Boyd regarding this unfortunate matter. I understand the seriousness of the case that is being presented; however, I do hope the court will show some leniency.

   Mr. Boyd has always exhibited "A+" character. This is demonstrated by Mr. Boyd's involvement with organizations such as Focus St. Louis, NAACP/ACT-SO program, Urban League, Wells-Goodfellow Neighborhood Association, St. Louis Catholic Charites, NCCJ Diversity Training, and numerous other volunteer organizations in which Mr. Boyd has been active as well as his years of service in the military.  In each, he received remarkable comments, accolades, and recognition regarding his leadership, team involvement, and vision for change. Mr. Boyd is dependable and his dedication to the metropolitan area citizens is highly valued.

   It is my hope that the court takes in consideration this letter and others that I am sure you will receive.  Mr. Boyd is a good human being and honorable individual. There is no doubt that Mr. Boyd will continue to be a shining example of leadership, a beacon of hope for change as well as an overall incredible asset to the St. Louis, Missouri community.

Sincerely,

Anthony Neal, Ph.D., President/CEO

8420 Delmar Blvd., Suite 500 A St. Louis, MO 63124 // 314-997-6500 // eec4justice.com

# CHARACTER REFERENCE LETTER

Matt Villa
1 Squires Lane
St. Louis, MO 63131
(314) 633-0444
matt.villa@villalighting.com

Date: June 24, 2022

Dear Mr. Kagan,

My name is Matt Villa and I'm writing this letter to provide a character reference about Mr. Jeffrey Boyd, whom I served with as colleague on the Board of Aldermen for eight years and as friend for nineteen years.

I provide this reference in full knowledge of Mr. Boyd's charges of bribery and fraud.

I can say with total confidence that Mr. Boyd is dedicated to public service and is extremely generous with his free time. Mr. Boyd's self sacrificed during his twenty-three years of service to our country and his nineteen years of service to the residents of the City of St. Louis put others first before himself or even his family.

Mr. Boyd has been a mentor in the Big Brothers and Big Sister's program since 2008 and has attending more neighborhood and community meetings than can be counted.  Mr. Boyd's heart and soul was at times, worn on his sleeve as he fought to help improve the City of St. Louis and his 22nd Ward.  He was passionate about helping others' especially those who had nowhere else to turn.

I plead for the Court to please consider the decades of service to others and self-sacrifice when weighing the punishment for Mr. Boyd's lapse in judgement over the past two years.

Please do not hesitate to contact me if you should require any further information.

Sincerely,

Signature_____*Matt Villa*_____ Date: 6/24/2022

Matt Villa

June 26, 2022

Dear Mr. Lenny Kagan,
    My name is Sylvester Moore Jr, I am one of Alderman Jeffrey Boyd's constiuents. I am writing this letter to let you know how hard and tirelessly he has worked with the 22nd Ward for about two decades, we have seen a lot of improvements, we have gotten plenty of information on how to help ourselves and others. Alderman Boyd has been an inspiration to many of his Constiuents. He has been a Man about business.

                    Sincerely,
                        Sylvester Moore Jr.

**R. J. Piatchek & Assoc., Inc.**
**4134 Crescent Drive**
**St. Louis, MO 63129**
**(314) 892-4646**
**FAX: (314) 892-7776**

June 27, 2022

Mr. Lenny Kagan
Law Office of Lenny Kagan, LLC
7911 Forsyth Blvd.
St. Louis, MO 63105

Dear Mr. Kagan,

On behalf of your client, Mr. Jeffrey Boyd, I would like to submit my personal endorsements.

In my past business experiences with Mr. Boyd, he was of the utmost truthful and trustworthy.  His first concern was always what was best for his Ward and his constituency.  Never once did he ever imply any improprieties.  His intelligence and his untiring work ethic for the betterment of our city should not go unrewarded.  I should also mention that his meritorious military record and his academia should not go unmentioned.

I have met many Politicians in my 50 plus years in business and I would have to say that I hold Mr. Boyd in my highest esteem.

Regards,

Richard J. Piatchek
President
R.J. Piatchek Associates, Inc.

eai

**Quick Stop Mini Mart**
**1391 Hodiamont Ave**
**St Louis MO 63112**

June 29, 2022

Lenny Kagan
Law Offices of Lenny Kagan LLC
7911 Forsyth Blvd, Suite 300
St Louis MO 63105

Dear Mr. Kagan,

My name is Paul Patel and I own Quick Stop Mini Mart within the 22nd Ward. I have known Jeffrey Boyd for over 11 years. I know Mr. Boyd to be a very responsible person who cares deeply for his community. My initial contact with him was extremely positive. He went out of his way to ensure that all the support I needed from City Hall was available with professionalism.

Jeffrey held workshops with businesses to educate us on the programs that City Hall had available to support the growth of small businesses within the community. I have watched him interact with constituents with kindness and sincerity. I have never met a politician or heard of one as committed and passionate about community service than him.

Jeffrey's commitment to our county is laudable, retiring at a high rank of Master Sergeant. His demeanor is indicative of one who has the values of loyalty, integrity and selfless service. I pray that the court have mercy on Mr. Boyd. He's truly an asset to his community and the City of St. Louis.

Please contact me at 314-229-6541 if you have questions or concerns.

Sincerely,

Paul Patel
Owner

# KENNERLY TEMPLE

**CHURCH OF GOD IN CHRIST**
**ELDER EDGAR O. MADISON, JR., PASTOR**

Law Office of Lenny Kagan, LLC
Mr. Lenny Kagan
7911 Forsyth Blvd.
St. Louis, MO 63105

*FILE COPY*

Dear Attorney Kegan,

I write to you regarding the charges against Alderman Jeffrey L. Boyd. My name is Pastor Edgar O. Madison, Jr. I am the Senior Pastor of Kennerly Temple Church of God in Christ, St. Louis, MO. I have known Alderman Boyd for 30 years. I served as his co-worker at the Urban League Metro St. Louis for 7 years. In 2017 I became one of his community outreach advisors. For the past 7 years I have been his spiritual advisor.

I have seen Jeffrey make significant progress and achievements in his personal life. Much of his success and momentum has a lot to do with his connection to the church. As a leader in the faith community, we have been instrumental in providing support to him spiritually and morally in hopes to help him make better decisions, have more resilience, faith and love toward his community. Jeffrey has made significant positive steps in his daily walk and has not had any issues until up until this point. Please consider the following:

- Alderman Jeffrey L. Boyd has a strong understanding and outreach for community services in which he continues to serve.
- Jeffrey has had no serious misconduct violations since being elected as Alderman of the 20th Ward for over 19 years.
- Jeffrey has maintained positive relationships with family and loved ones and has strong connection with his faith community and Pastor. All that will be a benefit for him toward positive actions and behavior.
- I had the pleasure of working on several of his campaigns in past.

Therefore, I ask you to petition the authorities to consider giving him forgiveness and leniency. His life outside the walls of prison would be a testimony to the possibilities of a redeemed life shown in mercy. We at Kennerly Temple and our entire church and community remain committed to providing continued spiritual and physical support to him so that he will be a positive member to the community at large.

Sincerely,

Edgar O. Madison, Jr, Senior Pastor
Kennerly Temple
Church of God in Christ

314.535.6708 
kennerlytemple4307@outlook.com 
4307 Bishop Robert J. Ward Ave
St. Louis, MO 63113



**CAPITOL OFFICE**
201 West Capitol Avenue
Room 225
Jefferson City, Mo. 65101
T: (573) 751-3599
F: (573) 751-0266
Karla.May@senate.mo.gov



**COMMITTEES**
Appropriations
Commerce, Consumer Protection, Energy and the
Environment
Judiciary and Civil and Criminal Jurisprudence
Rules

**MISSOURI SENATE**
# KARLA MAY
Senator, 4th District

July 1, 2022

Lenny Kagan
Law Office of Lenny Kagan LLC
7911 Forsyth Blvd.
St. Louis, MO 63105

To Whom it May Concern:

I'm writing you on behalf of Jeffrey Boyd, who I have known for 13 years, personally and professionally. Throughout our time working together as elected officials in the City of St. Louis. Jeffrey has been an invaluable asset to our city to the transformation of his community.

During his tenure, Jeffrey worked tirelessly with constituents, making sure that they were represented well, and that they receive the necessary resources and assistance. He has shown extreme care when it comes to listening to the concerns of those that he worked with, and his community bringing the best resolution for the situation. Also, Jeffrey assisted in helping young people to stay on the right track, and was very instrumental in assisting to create a progressive atmosphere with legislation. Jeffrey has always been eager to help people understand that there was more to life than their surroundings.

Despite the present circumstances, Jeffrey always conducts himself in a professional manner, and he constantly seeks opportunities to contribute to the overall success of whatever project demands his attention. He takes ownership of projects and is diligent in seeing them completed. His strongest skills include being dependable, paying attention to detail, being open to feedback, having confidence, and being enthusiastic. He is calm during situations of uncertainty, committed to excellence, and has the ability to quickly adapt to change and challenges in the work place.

It is my hope that these transgressions don't overshadow the years of public service that has impacted countless individuals in a positive way.

I strongly feel that the City of St. Louis has benefited from the contributions of Alderman Jeffrey Boyd.

Sincerely yours,

Karla R May

State Senator Karla May
District 4



July 2, 2022

Lenny Kagan
Law Offices of Lenny Kagan LLC
7911 Forsyth Blvd, Suite 300
St Louis MO 63105

Dear Mr. Kagan,

My name is Tony Darwish and my partner's name is Majed Abusaid. We have had the pleasure of knowing Mr. Jeffrey Boyd for over 20 years and consider him a friend and family.

Jeffrey's passion for his community is beyond reproach. He host annual a picnic and Christmas Party to bring the community together at no charge which we have always been excited to help participate as co-sponsors. What we know about him is his character is that of one who exhibits the upmost integrity. We have never been approached by Mr. Boyd in any nefarious way.

It has come to our attention that Mr. Boyd has been indicted on charges that are truly a shocker. This is not the man we know. We do know that he goes above and beyond to support his constituents and those who are not, both residents and businesses. If he tells you he's for you, then you can count on his word without a handshake. If he's not for you, you would know that as well.

Jeffrey has never been one who runs from challenges; he takes them head on regardless of standing alone. He's a very caring family man that has been married to his wife Patrice for over 31 years and helped raise 3 successful children and a phenomenal granddaughter. Jeffrey has also selflessly served his country for over 23 years in addition to his community for over 19 years.

We encourage the court to have favorable consideration for Jeffrey. He is truly worthy of the courts grace.

Respectfully submitted,

Tony Darwish
Co-Owner

Majed Abusaid
Co-Owner

**3700 Union**
**St. Louis, MO 63115**

**Phone: (314) 389-7820**
**Fax: (314) 389-7889**

July 2, 2022

Dorris Oatis
1436 Rowan Ave
St Louis MO 63112

Lenny Kagan
Law Offices of Lenny Kagan LLC
7911 Forsyth Blvd, Suite 300
St Louis MO 63105

Dear Mr. Kagan,

My name is Dorris Oatis and I'm writing this letter as a neighbor of Jeffrey Boyd and resident of the 22nd Ward of the City of St. Louis.

I have lived next door to the Boyd family for over 28 years.  As a neighbor, Mr. Boyd has always been kind and attentive.  A responsible property owner and family man from my viewpoint.

I can say that after his election in 2003, the aldermanic office had more structure and organization.  We had meetings and were provided updates on City actions that effected our community.  I felt more engaged and informed; more a part of the community as a whole. I felt that I could voice my opinion and it was heard.

This is offered as a reference for Mr. Jeffrey Boyd.

Sincerely,

*Dorris L. Oatis*

Dorris Oatis
Neighbor