UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 4:22-cr-00297-SRC-3 |
| JEFFREY BOYD, | ) | |
| | ) | |
| Defendant. | ) | |

## Order

The Court received Defendant Jeffrey Boyd's response to the Court's [107] Show Cause Order.  Doc. 117.  The Court denies Boyd's request for the Court to allow mitigation witnesses to testify on his behalf at sentencing.  Under Rule 32 of the Federal Rules of Criminal Procedure, the Court is not required to allow mitigation witnesses.  *See, e.g., United States v. Jones*, 643 F.3d 275, 277–78 (8th Cir. 2011); *United States v. Cruzado-Laureano*, 527 F.3d 231, 238 (1st Cir. 2008); *United States v. Jackson*, 700 F.2d 181, 191 (5th Cir. 1983); *United States v. Cunningham*, 883 F.3d 690, 701 (7th Cir. 2018).   The Court welcomes Boyd's witnesses to submit sentencing letters in advance of tomorrow's hearing.

In light of Boyd's response and this Order, the Court discharges its [107] Show Cause Order.

So Ordered this 5th day of December 2022.

STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE