UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
) Case No. 4:22CR296 SRC
vs. ) 4:22CR297 SRC-3
)
JEFFREY BOYD, )
)
    Defendant. )

## NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)

Comes now counsel for the above named Defendant and, pursuant to Local Rule 12.07, notifies the Court as follows:

☐ A Notice of Appeal will be filed by defense counsel within the time allowed by law.

☒ Defense counsel has explained to defendant his/her right to appeal and defendant has not requested that counsel file a Notice of Appeal.

☐ The defendant declines to sign this notice.

(<u>Note</u>: Defense counsel should check the appropriate box(es) above.)

12-6-22
Date

Signature of Attorney  53284 MO

☒ I have been fully informed of my right to appeal the final judgment in this case, I do not wish to file a Notice of Appeal, and I have instructed my attorney not to file a Notice of Appeal.

12-6-22
Date

Signature of Defendant